CHERYL D. UZAMERE, Appellant, v EHIGIE EDOBOR UZAMERE, Respondent. [889 NYS2d 495]—

Contrary to the plaintiff's contention, the Supreme Court properly denied that branch of her motion which was for an award of child support since the subject child had reached the age of 21 and there was no express agreement to pay such support (*see Matter of Winokur v Winokur*, 31 AD3d 653 [2006]).

The plaintiff's remaining contentions are without merit. Fisher, J.P., Angiolillo, Lott and Sgroi, JJ., concur.